### R. E. COWART v. J. M. ORAM.

(No. 1852, Op. Book No. 3, p. 738.)

ERROR from Dallas County. Opinion by WINKLER, J.

§ **183.** *Appeal from justice's to county court; returnable, when.* A regular term of the county court convened March 15, 1880. The appeal from justice's court was perfected March 18, 1880. On April 2, 1880, that being a day in the same term of the court, a judgment was rendered in the case. *Held,* that the appeal was not returnable to that term of the court, and the court had no authority to render the judgment at that term. [R. S. art. 1641.]

§ **184.** *Judgment nunc pro tunc; notice of motion for, must be given, and motion must be supported by proof.* A judgment *nunc pro tunc* was entered upon minutes of the clerk of the court, without notice to the party against whom it was entered, and without evidence in support of the motion. *Held,* that the proceeding was without authority of law, and was a judgment without notice and without evidence to support it. [R. S. art. 1354 et seq.]

Reversed and remanded.